1

2

3              IN THE UNITED STATES DISTRICT COURT

4            FOR THE EASTERN DISTRICT OF CALIFORNIA

5                    SACRAMENTO DIVISION

6

| | |
|---|---|
| **EDDIE YOUNG,** | CASE NO. 2:01-cv-02360-LKK-GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANTS'** |
| | **FIRST REQUEST FOR AN** |
| **v.** | **EXTENSION OF TIME TO** |
| | **RESPOND TO PLAINTIFF'S** |
| **R. MANDEVILLE, et al.,** | **COMPLAINT** |
| Defendants. | |

12

13         The request for an extension of time to respond to Plaintiff's complaint was considered

14  by this Court, and good cause appearing,

15         IT IS HEREBY ORDERED that Defendants are granted a 30-day extension of time to

16  respond to Plaintiff's complaint, to take effect from the date this order is filed.

17

18  DATED: 9/26/05

                                    /s/ Gregory G. Hollows
19                                  _____
                                    UNITED STATES MAGISTRATE JUDGE
20  youn2360.po.wpd

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defendants' First  Request For An Extension Of Time To Respond To Plaintiff's Complaint

1