IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

    Plaintiff,                      No. CIV S- 01-2360 LKK GGH P

    vs.

R. MANDEVILLE, et al.,

    Defendants.           <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This court directed the U.S. Marshal to serve process upon defendants in this action by order filed on June 14, 2005. On July 27, 2005, plaintiff filed a motion to compel discovery, without actually identifying the discovery for which he sought an order. Moreover, defendants have yet to appear in this action. No waivers of service have been returned. A request for an extension of time to file a response to the complaint, addressed in a separate order, was filed by defendants' counsel on September 19, 2005. Plaintiff's motion to compel discovery will be denied without prejudice as premature and otherwise defective.

        On September 19, 2005, plaintiff filed a request for proof of service and notice of change of address forms because he has purportedly been denied access to the law library to obtain such forms since his transfer on August 17, 2005 to California Institute for Men.

1

However, on the same day, September 19, 2005, plaintiff successfully filed a notice of change of address. Plaintiff appears to be able to fashion the requisite filing without access to particular forms and, in any case, the court does not find that plaintiff is being denied law library access on the basis of whether or not plaintiff is being supplied with notice of change of address or proof of service forms.

Accordingly, IT IS ORDERED that:

1. Plaintiff's July 27, 2005 motion to compel discovery is denied without prejudice; and

2. Plaintiff's September 19, 2005 request, whether it is one for the court to provide him with certain legal forms or one for the court to order that plaintiff be granted greater access to the prison law library on the basis that he has been denied access to such forms, is denied.

DATED: 10/13/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
youn2360.ord