|   |   |
|---|---|
| 1 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | JAMES M. HUMES<br>Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 4 | MONICA N. ANDERSON<br>Supervising Deputy Attorney General |
| 5 | DANIEL P. O'DONNELL, State Bar No. 177872<br>Deputy Attorney General |
| 6 | 1300 I Street, Suite 125<br>Post Office Box 944255 |
| 7 | Sacramento, CA 94244-2550<br>Telephone: (916) 324-5810 |
| 8 | Facsimile: (916) 324-5205 |
| 9 | Attorneys for Defendants |
|   | Mandeville, Mayfield, Gasaway and Chastain |
| 10 | SA2005301005 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDDIE YOUNG,**<br><br>                                   Plaintiff,<br><br>v.<br><br>**R. MANDEVILLE, et al.,**<br><br>                                   Defendants. | 2:01-CV-02360-LKK-GGH<br><br>**ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |

The request for an extension of time to respond to plaintiff's October 30, 2005 Request For Production Of Documents was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted a 30-day extension of time to respond to Plaintiff's Request For Production Of Documents to take effect from the date this order is filed.

DATED: 12/21/05                           /s/ Gregory G. Hollows

                                                  _____
                                                  UNITED STATES MAGISTRATE/JUDGE

youn2360.po2.wpd

*[Proposed] Order Granting Defendants' Extension*
*of Time to Respond to Plaintiff's Request for Production of Documents*

1