IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE YOUNG,**<br><br>          Plaintiff,<br><br>v.<br><br>**R. MANDEVILLE, et al.,**<br><br>          Defendants. | CASE NO. 2:01-CV-02360-LKK-GGH<br><br>**ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |

   The request for an extension of time to respond to Plaintiff's first set of interrogatories to Defendants Chastain, Gasaway, Mandeville and Mayfield was considered by this Court, and good cause appearing,

   IT IS HEREBY ORDERED that Defendants are granted a 30-day extension of time to respond to Plaintiff's first set of interrogatories.

DATED: 1/4/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE/JUDGE

youn2360po3.wpd