IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

       Plaintiff,                    No. CIV S- 01-2360 LKK GGH P

     vs.

R. MANDEVILLE, et al.,

       Defendants.              <u>ORDER</u>

_____/

        On November 4, 2005, plaintiff filed "objections" to an order, which the court will construe as a request for reconsideration of the magistrate judge's order filed October 13, 2005, denying the plaintiff's July 27, 2005 motion to compel discovery.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 13, 2005, is affirmed.

DATED: January 10, 2006.

                                                /s/Lawrence K. Karlton
                                                UNITED STATES DISTRICT JUDGE

/youn2360.850