IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                          No. CIV S- 01-2360 LKK GGH P

     vs.

R. MANDEVILLE, et al.,

      Defendants.               ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Defendants seek a stay of discovery, under Fed. R. Civ. P. 26(c), relieving them of their obligation to respond to plaintiff's requests for production of documents and requests for interrogatories until this court has ruled on their pending motion to dismiss, filed on October 26, 2005. No opposition has yet been filed to defendants' motion to dismiss, plaintiff having been granted a sixty-day extension of time to file and serve his opposition by Order, filed on December 13, 2005. Plaintiff has filed motions to compel discovery on October 17, 2005 and on December 23, 2005.

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. Defendants' January 19, 2006 motion for a stay of discovery is granted;

2. Plaintiff's motions to compel discovery, filed on October 17, 2005 and December 23, 2005, are vacated from the court's calendar without prejudice;

2. Upon adjudication of defendants' October 26, 2005 motion to dismiss, if appropriate, plaintiff may re-notice his vacated motions to compel discovery.

DATED: 1/30/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
youn2360.eot