IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                            No. CIV S-01-2360 LKK GGH P

    vs.

R. MANDEVILLE, et al.,

      Defendants.                     ORDER

                                  /

           On February 13, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 30, 2006, granting defendants' January 19, 2006 motion for a stay of discovery, and vacating plaintiff's motions to compel discovery, filed on October 17, 2005 and December 23, 2005. The order also stated that upon adjudication of defendants' October 26, 2005 motion to dismiss,[1] plaintiff may re-notice the vacated motions, if appropriate. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

\\\\\
\\\\\
\\\\\
\\\\\

---

[1] To which plaintiff has yet to file his opposition.

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed January 30, 2006, is affirmed.
3 DATED: March 20, 2006.

                                            /s/Lawrence K. Karlton
                                            UNITED STATES DISTRICT JUDGE

/youn2360.850