IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

       Plaintiff,                   No. CIV S-01-2360 LKK GGH P

   vs.

R. MANDEVILE, et al.,

       Defendants.          <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of August 28, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's September 21, 2006 request for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 9/28/06               /s/ Gregory G. Hollows
                             _____
                             GREGORY G. HOLLOWS
                             UNITED STATES MAGISTRATE JUDGE

GGH:bb
youn2360.36(2)