IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                    No. CIV S-01-2360 LKK GGH P

    vs.

R. MANDEVILE, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of August 28, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 25, 2006 request for an extension of time is granted;

        2. Plaintiff shall file his amended complaint on or before November 27, 2006; and

        3. **There will be no further extension of time.**

DATED: 10/31/06

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
youn2360.36(3)