1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    EDDIE YOUNG,

11              Plaintiff,                    No. CIV S-01-2360 LKK GGH P

12        vs.

13    R. MANDEVILLE, et al.,

14              Defendants.                   <u>ORDER</u>

15    _____/

16             Plaintiff has filed a second request for an extension of time to file his objections to

17    the December 8, 2006 findings and recommendations.   Good cause appearing, IT IS HEREBY

18    ORDERED that:

19             1.  Plaintiff's February 1, 2007 second motion for an extension of time is granted;

20             2.  Plaintiff shall file his objections to the December 8, 2006 findings and

21    recommendations on or before February 28, 2007;

22             **3.  There will be no further extension of time.**

23    DATED:2/13/07                            /s/ Gregory G. Hollows

24                                            _____

25                                            GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

      GGH:009/bb
26    youn2360.36(2)