IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                    No. CIV S-01-2360 LKK GGH P

   vs.

R. MANDEVILLE, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion for leave to file an amended answer, pursuant to Fed. R. Civ. P. 15(a). Defendants counsel maintains that she does not represent defendant Chugg, newly named in the first amended complaint, notwithstanding the references to this defendant made in the answer to the first amended complaint. Although defendants' counsel avers that the proposed amended answer is attached, no proposed amended answer appears in the court's electronic docket, rendering the motion defective on that ground alone. The motion is denied.

      Nevertheless, on counsel's representation, the court finds that defendant Chugg has not waived service. Counsel for the present defendants shall file a business address in the court for defendant Chugg within ten (10) calendar days. Alternatively, if defendants' counsel

1

1  intends to accept service of process on behalf of defendant Chugg, counsel should so advise the
2  court within ten calendar days.
3              IT IS SO ORDERED.
4
5  DATED: 2/20/07                                    /s/ Gregory G. Hollows

                                                    _____
                                                    GREGORY G. HOLLOWS
6                                                   UNITED STATES MAGISTRATE JUDGE
7
   GGH:009
8  youn2360.ord