IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE YOUNG,** | 2:01-cv-02360-LKK-GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S INTERROGATORIES TO DEFENDANTS GASAWAY AND MAYFIELD** |
| v. | |
| **R. MANDEVILLE, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Gasaway and Mayfield's request for an extension of time to serve responses to Plaintiff's interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**:  Defendants shall be granted an extension of time, to and including March 29, 2007, to complete and serve responses to Plaintiff's interrogatories. There will be no further extension of time.

Dated: 2/27/07                    /s/ Gregory G. Hollows
                                            U.S. Mag. Judge

youn2360.po2

[Proposed] Order

1