IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE YOUNG,** | 2:01-cv-02360-LKK-GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S INTERROGATORIES TO DEFENDANT MANDEVILLE** |
| v. | |
| **R. MANDEVILLE, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Mandeville's request for an extension of time to serve responses to Plaintiff's interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including March 29, 2007, to complete and serve responses to Plaintiff's interrogatories. No further extension.

Dated: 3/5/07        /s/ Gregory G. Hollows
                           U.S. Mag. Judge


youn2360.po4

[Proposed] Order

1