IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                    No. CIV S-01-2360 LKK GGH P

      vs.

R. MANDEVILLE, et al.,

      Defendants.             <u>ORDER</u>

/

      Plaintiff has requested an extension of time to file a dispositive pretrial motion, pursuant to the scheduling order, filed on December 12, 2006, which set the pretrial motion filing deadline as May 18, 2007. Although filed somewhat belatedly (even by applying the mailbox rule, the request was not filed until May 20, 2007,[1] shortly after the deadline had passed), plaintiff's request for an extension of time will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's May 23, 2007, motion for an extension of time is granted; and

      2. Only the pretrial filing motion deadline is vacated from the December 12, 2006, scheduling order at this time;

\\\\\

---

[1] The request is docketed as actually filed in the court's electronic docket on May 23, 2007.

1   3. The dispositive pretrial motion filing deadline for all parties is hereby re-set for
2   June 30, 2007.
3   DATED: 6/1/07                                    /s/ Gregory G. Hollows
4                                                    _____
                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
5
    GGH:009/bb
6   youn2360.eot