1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDDIE YOUNG,

11          Plaintiff,                    No. CIV S-01-2360 LKK GGH P

12      vs.

13   R. MANDEVILLE, et al.,

14          Defendants.              ORDER
                              /
15   _____

16          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §

17   1983.   The court now vacates the dates for the pretrial conference, filing of pretrial statements,

18   and jury trial set in the December 12, 2006, scheduling order, such dates to be re-set, if

19   appropriate, upon adjudication of the pending dispositive motion, filed on June 29, 2007.

20          IT IS SO ORDERED.

21   DATED: 8/16/07

22                                        /s/ Gregory G. Hollows
                                    _____
23                                        GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

24

     GGH:009
25   youn2360.vac

26