IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

    Plaintiff,                    No. CIV S-01-2360 LKK GGH P

    vs.

R. MANDEVILLE, et al.,

    Defendants.               <u>ORDER</u>

                              /

          On October 24, 2007, plaintiff requested an extension of time to file an opposition to the defendants' June 29, 2007 motion for summary judgment. Plaintiff requested until November 16, 2007, to file an opposition. Because the request was not considered at that time, the court will permit plaintiff until December 20, 2007, to file his opposition. No further time will be permitted.

          IT IS SO ORDERED.

DATED: 12/6/07                                /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
youn2360.36opp(2)