IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                         No. CIV S-01-2360 LKK GGH P

     vs.

R. MANDEVILLE, et al.,

      Defendants.            <u>ORDER</u>

_____/

      By separate filings, dated February 27, 2008, and March 3, 2008, the parties have sought reconsideration of the magistrate judge's order filed February 19, 2008. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."

      Defendants principally object to the order on the grounds that the magistrate judge criticized defense counsel in a footnote as being "particularly, and unnecessarily, circuitous and unhelpful." Order at 7 n.2. Defendants also argue that the pending motion for summary judgment should have been stayed rather than vacated and that discovery should have only been reopened in part. With respect to the main objection, and without delving into the particulars, the court notes that counsel has not requested any substantive legal relief affecting the rights and obligations of the parties and denies the motion on that basis. With respect to defendant's

1 | remaining objection, the court finds that the magistrate judge's orders were not clearly erroneous
2 | or contrary to law.
3 |     Plaintiff has also filed objections requesting that the magistrate judge be disqualified
4 | from this action.  Plaintiff has failed to make any showing that disqualification is warranted.
5 | Accordingly, that request is also denied.
6 |     Therefore, IT IS HEREBY ORDERED that the objections dated February 27, 2008, and
7 | March 3, 2008 are denied.
8 | DATED: March 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT