IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE YOUNG,** | 2:01-cv-02360-LKK-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. MANDEVILLE, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Chugg's request for an extension of time to serve responses to Plaintiff's interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, of ten days, to and including April 21, 2008, to complete and serve responses to Plaintiff's interrogatories. There will be no further extension.

Dated: 04/09/08

/s/ Gregory G. Hollows
United States Magistrate Judge

youn2360.po5

[Proposed] Order

1