IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

    Plaintiff,                    No. CIV S-01-2360 LKK GGH P

    vs.

R. MANDEVILLE, et al.,

    Defendants.             ORDER

_____/

        In light of plaintiff's request, filed on April 29, 2009, indicating his belated receipt of this court's March 16, 2009, Order, due primarily to circumstances beyond his control, and notwithstanding dates referenced in subsequent orders (which plaintiff also apparently could not have received timely), the court will now, of necessity, re-set the pretrial conference date and the dates for the filing of the parties' pretrial statements, as well as provide the trial confirmation date and re-set the trial date.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 29, 2009, request for an extension of time (Docket # 153) to file his pretrial statement is granted;

        2. Previously set dates for the pretrial conference and trial are vacated;

        3. The pretrial conference on the papers is re-set for June 17, 2009; plaintiff's

1

pretrial statement <u>must be filed by May 27, 2009</u>; defendants' pretrial statement <u>must be filed by June 10, 2009;</u> <u>the parties are strongly cautioned in this eight-year-old case to seek no further extension.</u>

4. The trial confirmation hearing before the Honorable Lawrence K. Karlton is set for August 3, 2009, at 11:15 a.m., for which a writ of habeas corpus ad testificandum will issue at the appropriate time for plaintiff's appearance at the hearing via video-conference;

5. The trial date is re-set for October 20, 2009, at 10:30 a.m., before Judge Karlton.

DATED: April 30, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
youn2360.ord2