IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                    No. CIV S-01-2360 LKK GGH P

   vs.

R. MANDEVILLE, et al.,

      Defendants.          <u>ORDER</u>

_____/

       This matter came on for a trial confirmation hearing before the undersigned, on August 3, 2009. Jennifer Devencenzi appeared on behalf of defendants. Plaintiff pro se appeared via video-conferencing. At the hearing, while deploring defendants' failure to proceed on a dispositive motion in a timely manner in this case, the court nevertheless noted that this district is burdened with the heaviest of caseloads, necessitating that issues be narrowed for trial where such potential remains.

       Accordingly, IT IS ORDERED that:

       1. The October 20, 2009, trial date is vacated, and this matter is referred back to Magistrate Judge Hollows to address a dispositive motion to be brought by defendants;

       2. Defendants have forty-five (45) days to file a summary judgment motion, or to re-notice any previously vacated summary judgment motion; defendants are cautioned that they

1  will have no further opportunity to address any issue that should be resolved pre-trial;

2      3. Following filing and service of the motion, plaintiff will have thirty (30) days
3  to file any opposition; after which, defendants will have fifteen (15) days to file a reply;

4      4. Defendants' motion for reconsideration, filed on July 16, 2009 (# 168), is
5  denied as moot; plaintiff's motion to proceed with separate trials on his claims, filed on July 16,
6  2009 (#169), is denied, and his belated motion, filed July 31, 2009 (# 170), for reconsideration of
7  this court's March 26, 2009 (# 149), is also denied.

8  DATED:   August 5, 2009.

           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT